# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141668

KEITH A. FOWLER and EVELYN FOWLER,
      Plaintiffs-Appellants,

v

JACK'S CORNER STORES, a/k/a JACK'S
CORNER STORE, INC. and STAR 9, INC.,
ILLINOIS INDUSTRIAL TOOL, INC., and
WMH TOOL GROUP, INC.,
      Defendants-Appellees.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 141668
COA: 291020
Muskegon CC: 04-042992-NP

On order of the Court, the application for leave to appeal the July 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk